UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Leanne M. St. Germaine
Debtor

Chapter 7
Docket Number 12-10049 WCH

MOTION OF DEBTOR TO AVOID JUDICIAL LIENS

To the Honorable William C. Hillman, United States Bankruptcy Judge:

NOW COMES the Debtor, Leanne M. St. Germaine, (hereinafter “the Debtor”) and seeks to avoid the judicial lien of **HSBC Bank Nevada, NA**, pursuant to 11U.S.CODE §522(f),(2),(A).

In support thereof, the Debtor states as follows:

1. On January 4, 2012, the Debtor filed the within proceeding pursuant to Chapter 7 of the United States Bankruptcy Code;

2. The Debtor owns and resides in real estate located at 54 Clapp Avenue, Weymouth, MA (the "Property").

3. The Debtor has a fee simple interest in said property.(see Deed, dated March 16, 2000, filed in Norfolk County District of the Land Court, Certificate 183364, document number 1238369, record date 11-5-2011, attached as Exhibits 1 and 2)[1]

4. On or about November 15, 2011, the Debtor, Leanne M. St. Germaine, filed a Declaration of Homestead, originally dated June 25, 2002, declaring for herself and her family certain homestead rights as allowed by Mass. G. Laws, Ch. 188. (see Declaration,

[1] In April 2000, the Deed from the Debtor’s mother to the Debtor, as well as several other documents, were erroneously filed on the unregistered side of the Norfolk Registry of Deeds. Several subsequent documents, including a mortgage and two attachments, were similarly erroneously recorded. A title examination of the Debtor’s property revealed this cloud on her title. The Land Court, after a Petition filed by the Debtor, entered an Order by which the Title was to be corrected. The corrected Land Court Registration title for this property was created on November 15, 2011. The New Certificate in the name of the Debtor is of record in the Norfolk County District of the Land Court, Certificate #183364. All documents pursuant to this Motion refer to that Certificate.

03/15/2012 Denied without prejudice. See 11 U.S.C. Section 522(f)(2)(B).

dated June 25, 2002 and filed in Norfolk County District of the Land Court, Certificate 183364, document 1238372 (attached as Exhibit 3). Her property interest accrued *prior to 1215 days before the Bankruptcy petition was filed*.

5. Said Property is subject to a present first mortgage, given to Fleet Bank, by the Debtor, dated June 3, 2005 and filed in Norfolk District of the Land Court, Certificate of Title 183364 as Document 1238373. The estimated balance due on said first mortgage at time of filing was $77,821.00 (See Exhibit 4, attached.)

**6.** At the time of filing, said residential property of the Debtor was subject to an attachments and executions against Leanne M. St. Germaine, granted by the Quincy District Court,

A. **Lien Holder:** HSBC Bank, Nevada NA, c/o Law Offices of Howard Lee Schiff, Stephen A. Weiner 340 Main Street, Suite 959, Worcester, MA 01608

**Execution recorded in Norfolk District of the Land Court:** Execution dated **10/01/2010**, in Civil Action 200956SC002004, HSBC Bank, Nevada NA, Plaintiff vs. Leanne M. St. Germaine, Defendant. **Said execution in the amount of $1,543.70 was filed against the Debtor's Certificate of Title # 183364 on 11/15/2011 as Document 1,238,374.** (See Exhibit 5, attached).

7. At the time of the filing of the Debtor's petition, said execution was filed against the property at 54 Clapp Avenue, Weymouth, MA which constituted the residence of the Debtor, Leanne M. St. Germaine, and is the property to which the Debtor wishes to apply her duly recorded Massachusetts Homestead Exemption under Mass. Gen'l. Laws., Ch 188.

8. At the time of filing her petition, and by her Declaration of Homestead, Leanne M. St. Germaine exercised her rights to take up to a full Exemption under Mass. Gen'l Laws Ch 188, She did this because of the estimated value of her interest in said residence.

9. As of the filing date and all dates pertinent hereto, the current market value of said Property is believed to be approximately $238,000.00. (See Exhibit 6, attached).

10. No objections to the Petition as filed have been filed or filed as of this date.

11. The Debtor is scheduled to receive her discharge on or about April 4, 2012.

12. Pursuant to the formula in 11U.S.Code §522(f)(2)(A), the sum of the mortgages

and lien and the Debtors' exemption equals or exceeds the value of the Debtors' interest in the Property, as is shown below:

| | |
|---|---|
| **Value of Debtor's Residence** | **$ 238,000.00** |
| **Mass. Gen'l L. Ch 188 Exemption Available to Debtor without liens** | **$ 238,000.00** |
| **Liens:** | |
| **Fleet Bank (1st Mortgage)** | **$ 77,821.00** |
| **HSBC Bank, Nevada NA(Lien)** | **$ 1,543.70** |
| **Arrow Financial, Assignee(Lien)** | **$ 15,816.86** |
| **Mass. Gen'l L. Ch 188 Exemption Available to Debtor without liens** | **$ 238,000.00** |
| **Total Liens and Exemptions** | **$ 333,181.56** |

13. The Execution running to the benefit of HSBC Bank Nevada, NA, as filed in the Norfolk County District of the Land Court, therefore, is a Lien against the Debtor's property which presently impairs the Debtors' exemption pursuant to Bankruptcy Code 11U.S.C. §522(f)(2)(A), by $1,543.70 and *further, it exceeds the value that the Debtor's interest in the property would have in the absence of this lien.*

14. The Debtor is expected to receive her discharge from the Court, and the debts owed to HSBC Bank Nevada, NA will therefore be discharged.

15. There have been no objections to the Debtor's Exemptions filed with this Court as of this date.

WHEREFORE, the Debtors respectfully request that this Honorable Court:

a) Enter an Order which releases and avoids the lien of **HSBC Bank Nevada, NA** against the property located at 54 Clapp Avenue, Weymouth, MA as it relates to the **Judicial Lien and Execution filed against the Debtor's Certificate of Title #183364, Norfolk County District of the Land Court;**

b) Grant such other and further relief as is just and proper.

Respectfully submitted,
Leanne M. St. Germaine
By her counsel,
/s/ Brian E. Donovan
Brian E. Donovan
(BBO #130660)
18 Russell Park
Quincy, MA 02169
March 14, 2012
(617)471-7755
*bedlawoffice@verizon.net*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Chapter 7

Leanne M. St. Germaine

Docket Number 12-10049 WCH

Debtor

**ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

The Debtor, Leanne M. St. Germaine, having filed a Motion under 11 U.S. Code §522(f), seeking to avoid the judicial lien of:

A. Execution dated **10/01/2010**, in Civil Action 200956SC002004, HSBC Bank, Nevada NA, Plaintiff vs. Leanne M. St. Germaine, Defendant. **Said execution in the amount of $1,543.70 was filed against the Debtor's Certificate of Title #183364 on 11/15/2011 as Document 1,238,374.**

against the Debtor's interest in real property located at 54 Clapp Avenue, Weymouth, MA; no opposition having been filed, and the Motions having stated good cause under 11 U.S. Code §522(f) to avoid the lien in its entirety:

The Court hereby ORDERS and ADJUDGES that the Debtor's Motion to avoid the above described lien is GRANTED and, accordingly, that the above described judicial lien is AVOIDED and shall be of no effect.

Date

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Chapter 7

Leanne M. St. Germaine Docket Number 12-10049 WCH
Debtors

CERTIFICATE OF SERVICE

I, Brian E Donovan, Esquire, Attorney for Leanne M. St. Germaine, do hereby certify that on March 14, 2012, I electronically filed the Motion to Release Liens using the CM/ECF system. I served the foregoing documents on the following CM/ECF participants:

United States Trustee

Stewart F. Grossman

I certify that on this date I served a copy of the above referenced document on the following non-CM/ECF participants listed below by first class mail, postage prepaid.

Law Offices of Howard Lee Schiff
Stephen A. Weiner
340 Main Street
Suite 959
Worcester, MA 01608

Signed under the pains and penalties of perjury on March 14, 2012.

/s/Brian E Donovan
Brian E Donovan
18 Russell Park
Quincy, MA 02169
(617) 471-7755
BBO# 130660
*bedlawoffice@verizon.net*