UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Chapter 7

Leanne M. St. Germaine

Docket Number 12-10049 WCH

Debtor

**ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIENS**

The Debtor, Leanne M. St. Germaine, having filed a Motion under 11 U.S. Code §522(f), seeking to avoid the judicial liens of:

A. Execution dated **06/09/2009**, in Civil Action 200956CV000998, Arrow Financial Services, LLC Assignee of HSBC Card, Plaintiff v. Leanne M. St. Germaine, Defendant. **Said execution in the amount of $ 15,816.86 was filed against the Debtor's Certificate of Title # 183364 on 11/15/2011 as Document 1,238,375.**

against the Debtor's interest in real property located at 54 Clapp Avenue, Weymouth, MA; no opposition having been filed, and the Motion having stated good cause under 11 U.S. Code §522(f) to avoid the lien in its entirety:

The Court hereby ORDERS and ADJUDGES that the Debtor's Motion to avoid the above described liens are GRANTED and, accordingly, that the above described judicial lien is AVOIDED and shall be of no effect.

Subject to 11 USC §349.

4/10/12
Date

William C. Hillman
United States Bankruptcy Judge