UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Leanne M. St. Germaine

Debtor

Chapter 7

Docket Number 12-10049 WCH

## ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

The Debtor, Leanne M. St. Germaine, having filed a Motion under 11 U.S. Code §522(f), seeking to avoid the judicial lien of:

A. Execution dated **10/01/2010**, in Civil Action 200956SC002004, HSBC Bank, Nevada NA, Plaintiff vs. Leanne M. St. Germaine, Defendant. **Said execution in the amount of $1,543.70 was filed against the Debtor's Certificate of Title #183364 on 11/15/2011 as Document 1,238,374.**

against the Debtor's interest in real property located at 54 Clapp Avenue, Weymouth, MA; no opposition having been filed, and the Motions having stated good cause under 11 U.S. Code §522(f) to avoid the lien in its entirety:

The Court hereby ORDERS and ADJUDGES that the Debtor's Motion to avoid the above described lien is GRANTED and, accordingly, that the above described judicial lien is AVOIDED and shall be of no effect, subject to 11 U.S.C. §349.

4/24/12
Date

United States Bankruptcy Judge